IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**ANTAWON M. CHAIRS,**

**Defendant.**  No. 08-30014-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant Chairs' motion to dismiss representation (Doc. 17). On March 20, 2008, the Court held a hearing on the motion and **GRANTED** Defendant's motion. Thus, the Court **APPOINTS** attorney Mr. Eric Butts, 720 Olive, Suite 1630, St. Louis, Missouri 63101, to represent Chairs in this matter.

Currently, this matter is set for trial for March 24, 2008. The Court concludes that a continuance is necessary as Mr. Butts will not be prepared to try the case as scheduled. Pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the Court finds that the ends of justice served by continuing this matter outweigh the best interests of the public and the Defendant in a speedy trial. The Court **CONTINUES** the jury trial set for March 24, 2008 to Monday, June 2, 2008 at 9:00 a.m. The time from the date this Order is entered, March 20, 2008, until the date to which the trial is rescheduled, June 2, 2008, is excludable time for the purposes of speedy trial. The

parties shall notify the Court if a change of plea hearing is necessary.

**IT IS SO ORDERED.**

Signed this 20th day of March, 2008.

/s/      *DavidRHerndon*

**Chief Judge
United States District Court**