IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**ANTAWON M. CHAIRS,**

**Defendant.**                                          No. 08-30014-DRH

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is the Government's November 3, 2008 motion in limine (Doc. 37). A response from Defendant Chairs is not necessary as the law applicable to the Government's requests are clear. Based on the following, the Court **GRANTS** the Government's motion.

First, the Government moves to Court to preclude Defendant from defining or attempting to define reasonable doubt to the jury. The Court **GRANTS** this request. *See United States v. Bruce*, **109 F.3d 323, 329 (7th Cir. 1997)("It is well established in this Circuit, however, that neither trial courts nor counsel should attempt to define 'reasonable doubt' for the jury.")**.

Second, the Government moves the Court to preclude Defendant from arguing any potential sentence to the jury. The Court **GRANTS** this request. *See*

***Shannon v. United States*, 512 U.S. 573, 579 (1994)("when a jury has no sentencing function, it should be admonished to 'reach its verdict without regard to what sentence might be imposed.'").**

Lastly, the Government moves to preclude the Defendant from presenting any argument or otherwise attempting to suggest the possibility of jury nullification. The Court **GRANTS** this request. ***See United States v. Smith*, 337 F.3d 935, (7th Cir. 2003)("A defendant has of course no right to ask the jury to disregard the judge's instructions('jury nullification')." (citing *Sparf v. United States*, 156 U.S. 51 (1895); *Gibbs v. VanNatta*, 329 F.3d 582, 584 (7th Cir. 2003); *United States v. Bruce*, 109 F.3d 323, 327 (7th Cir. 1997); *United States v. Manning*, 79 F.3d 212, 219 (1st Cir. 1996)).**

Accordingly, the Court **GRANTS** the Government's November 3, 2008 motion in limine (Doc. 37).

**IT IS SO ORDERED.**

Signed this 5th day of November, 2008.

/s/     *David R Herndon*
**Chief Judge
United States District Court**