IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

Plaintiff,

v.

ANTAWON M. CHAIRS,

Defendant. No. 08-CR-30014-DRH

### ORDER

**HERNDON, Chief Judge:**

On October 9, 2008, Chairs, *pro se,* filed a motion for alternate sentence (Doc. 36). Presently, Chairs is represented by Mr. Grant Shostak. Because Chairs is represented by counsel, the Court **STRIKES** the motion. The Seventh Circuit has held that "A district court is entitled to insist that a represented party file papers only through counsel." ***Johnson v. United States*, 196 F.3d 802, 805 (7th Cir. 1999)**. Therefore, the Court insists that Chairs only file pleadings through his attorney.

**IT IS SO ORDERED.**

Signed this 10th day of November, 2008.

/s/ David R Herndon
Chief Judge
United States District Court