**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**


**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**ANTAWON M. CHAIRS,**

**Defendant.**                                             **No. 08-30014-DRH**


**ORDER**


**HERNDON, Chief Judge:**

      Pending before the Court is the Government's motion in limine to allow the introduction of the Defendant's entire videotaped statement which includes evidence of other acts by the Defendant that are inextricably intertwined with the charged offenses (Doc. 38). On November 10, 2008, Defendant filed a response stating that he has no objection to the playing of the entire statement assuming that it is admissible (Doc. 44). Based on the reasons stated in the motion and Defendant's response, the Court **GRANTS** the motion.

      **IT IS SO ORDERED.**

      Signed this 12th day of November, 2008.


                        /s/      David R Herndon

                        **Chief Judge
United States District Court**