# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 08-30014-DRH |
| vs. | ) |
| ANTAWON CHAIRS, | ) |
| Defendant. | ) |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On March 27, 2009, this Court entered an Order for forfeiture against defendant Antawon Chairs for the following property which had been seized from said defendant:

**A Mossberg, Model 500A, 12 gauge pump action shotgun, bearing serial number L707082.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning June 23, 2009, and ending July 22, 2009, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on March 27, 2009, namely:

**A Mossberg, Model 500A, 12 gauge pump action shotgun, bearing serial**

1

**number L707082.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**DATE: September 1, 2009**

/s/ David R Herndon
**Chief Judge
United States District Court**